In the Matter of the Judicial Settlement of the Accounts of the Administrator of the Estate of John Cronyn, Deceased.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Harriet Schmitt, Respondent, v. Michael Schleyer, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

James L. Fidler, Appellant, v. Arthur Dailor, Respondent.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Bertha Cugley, Respondent, v. Lena Matter, Appellant.— Appeal dismissed, unless argued during present term of court. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Luigi Amico, Respondent, v. Salvatore Ardelio and Another, Appellants.— Time for argument of appeal extended to September twenty-sixth. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Angelina Amico, Respondent, v. Salvatore Ardelio and Another, Appellants.— Time for argument of appeal extended to September twenty-sixth. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Edward A. Jandorf and Others, Respondents, v. Wiman H. Smith and Another, as Executors, etc., of John H. Smith, Deceased, Appellants.— Appeal dismissed unless argued by September twenty-eighth. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of Proving the Last Will and Testament of Clara Benjamin, Deceased.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Probate of the Last Will and Testament of Grace Munger, Deceased.— Appeal dismissed unless appellant shall file and serve printed papers by October first and printed briefs by October fifteenth. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Adele Guttas, Respondent, v. Deeb Guttas, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ. [131 Misc. 278.]

Mary A. Danehy, Respondent, v. Lacy's and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Western New York and Pennsylvania Railway Company, Respondent, v. City of Buffalo, Appellant.— Motion to dismiss appeal denied, with ten dollars costs. Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Edwin J. Spang, Appellant, v. Charles F. Zimmerman, Respondent.— Order reversed on the law, with ten dollars costs and disbursements and motion denied, with ten dollars costs. The allegations of the complaint fully advised defendant why the taking and sale of the chattels were unlawful. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Rice & Adams Corporation, Respondent, v. George J. Meyer, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.